# ELECTRONIC RECORD

COA # 04-14-00894-CR    OFFENSE: SEXUAL ABUSE OF A CHILD

STYLE: ADAM PAUL EANNARINO v. THE STATE OF TEXAS    COUNTY: BEXAR

COA DISPOSITION: AFFIRMED    TRIAL COURT: 186TH

DATE:11/10/2015    Publish: NO    CASE #: 2013CR8490

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»    CCA #: _____

_APPELLANT'S_ Petition    CCA Disposition: **058-16**

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

Refused    JUDGE: _____

DATE: 05/18/2016    SIGNED: _____    PC: _____

JUDGE: Per Curia    PUBLISH: _____    DNP: _____

Yeary NOT PARTICIPATING

---------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____